Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA SIZEMORE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and STRYKER CORPORATION WELFARE BENEFITS PLAN,<br><br>Defendants. | Case No.: 2:17-cv-001184-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: AUGUST 28, 2017 |

Having considered Plaintiff Virginia Sizemore and Defendant Hartford Life and Accident Insurance Company's joint motion for extension of time for Defendant Hartford Life and Accident Insurance Company to respond to Plaintiff's Complaint (Joint Mot. (Dkt. #7)), the Court, being fully advised in this matter, makes the following Order:

IT IS HEREBY ORDERED:

1. Plaintiff and Defendant's Joint Motion for Extension of Time for Defendant Hartford Life and Accident Insurance Company to Respond to Plaintiff's Complaint is GRANTED in its entirety;

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

2. Defendant Hartford Life and Accident Insurance Company response to Plaintiff's Complaint is ~~due~~ due September ~~25~~ 15, 2017. *JLR*

DATED this 28th day of August, 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

LAW OFFICES OF MEL CRAWFORD

*/s/ Mel Crawford*
Mel Crawford, WA #22930
9425 35th Avenue N.E., Suite C
Seattle, WA 98115
T: 206-694-1614
F: 206-905-2342
melcrawford@melcrawfordlaw.com
Attorneys for Plaintiff Virginia Sizemore

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/Russell S. Buhite*
Russell S. Buhite, WA #41257
Russell.buhite@ogletree.com
800 5th Avenue, Suite 4100
Seattle, WA 98104
T: 206-693-7052
F: 206-693-7058
Attorneys for Defendants Hartford Life
and Accident Insurance Company and
Stryker Corporation Welfare Benefits Plan

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide service to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Mel Crawford
Law Offices of Mel Crawford
9425 35th Avenue N.E., Suite C
Seattle, WA 98115
T: 206-694-1614
F: 206-905-2342
melcrawford@melcrawfordlaw.com

ATTORNEY FOR PLAINTIFF

/s/ Marissa Lock
Marissa Lock, Practice Assistant

31033685.1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530