Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA SIZEMORE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and STRYKER CORPORATION WELFARE BENEFITS PLAN,<br><br>Defendants. | Case No.: 2:17-cv-001184-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND STRYKER CORPORATION WELFARE BENEFITS PLAN'S MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT – EXPEDITED CONSIDERATION REQUESTED<br><br>NOTING DATE: NOVEMBER 3, 2017 |

Having considered Defendants' Hartford Life and Accident Insurance Company and Stryker Corporation Welfare Benefits Plan's motion for extension of time for Defendants to file a response to Plaintiff's Motion for Judgment under Rule 52, *Fed.R.Civ.P.* [DKT 018], the Court, being fully advised in this matter, makes the following Order:

IT IS HEREBY ORDERED:

1. Defendants' Hartford Life and Accident Insurance Company and Stryker Corporation Welfare Benefits Plan's Motion for Extension to Respond to Plaintiff's Motion for

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT - 1
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

1. Judgment is GRANTED;

2. Defendants', Hartford Life and Accident Insurance Company and Stryker Corporation Welfare Benefit Plan, response to Plaintiff's Motion For Judgement under Rule 52, *Fed.R.Civ.P.* is due November 16, 2017.

DATED this 27th day of October, 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/*Russell S. Buhite*
Russell S. Buhite, WA #41257
Russell.buhite@ogletree.com
800 5th Avenue, Suite 4100
Seattle, WA 98104
T: 206-693-7052
F: 206-693-7058
Attorneys for Defendants Hartford Life
and Accident Insurance Company and
Stryker Corporation Welfare Benefits Plan

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT - 2
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide service to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Mel Crawford
Law Offices of Mel Crawford
9425 35th Avenue N.E., Suite C
Seattle, WA 98115
T: 206-694-1614
F: 206-905-2342
melcrawford@melcrawfordlaw.com

ATTORNEY FOR PLAINTIFF

/s/ Marissa Lock
Marissa Lock, Practice Assistant

31781080.1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT - 3
(No. 2:17-cv-001184-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530